PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Citation No. 6553756 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| TRACY S. MECARTNEY, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 6553756 against TRACY S. MECARTNEY without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: February 27, 2017                Respectfully Submitted,
                                        Phillip A. Talbert
                                        Acting United States Attorney

                              By:       /s/ Kyle R. Ratliff
                                        Kyle R. Ratliff
                                        Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6553756 against TRACY S. MECARTNEY be dismissed without prejudice, in the interest of justice.

Dated:      February 28 , 2017

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge